UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELE MCCARTHY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE'S WEB HOLDINGS, INC.,<br>Defendant. | Case No. 19-cv-07836-BLF<br><br>**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Re: ECF 39] |

The Court hereby APPROVES Plaintiff, Michele McCarthy's notice of voluntary dismissal at ECF 39.  The case is DISMISSED WITHOUT PREJUDICE.  The Clerk shall terminate all pending motions, vacate all dates, and close the case file.

**IT IS SO ORDERED.**

Dated: March 20, 2020

BETH LABSON FREEMAN
United States District Judge